UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
MAY 09 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

USA §
§
vs. § NO: EP:18-CR-00947(1)-PRM
§
(1) Wilmer Edgardo Mendez-Euca §

## CERTIFICATE OF TRUE NAME

**COMES NOW** Defendant, (1) Wilmer Edgardo Mendez-Euca, by and through his/her attorney of record in the above styled cause and hereby notifies the Court that his/her true name is: Wilmer Edgardo Mendez-Euceda.

Respectfully submitted,

John Cook
**Attorney's Name**

915 534-6525
**Attorney's Phone No.**