## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. EP 18-CR-0947-PMR |
| WILMER EDGARDO MENDEZ-EUCEDA | § § § § | |

### JOINT STIPULATION OF FACTS

The Parties enter into the following stipulations:

I. The Parties stipulate that the Government's expert witness, Ernesto Rubio III, is an expert in the field of the administrative and logistical processes of deportation/removal of aliens as well as other administrative and logistical processes of immigration which are referred to or found within the Defendant's "A" file.

2. The Parties stipulate that Douglas Lloyd is an expert latent print examiner, qualified to render his opinions pertaining to the fingerprints he will examine or has examined in this case and found in the Defendant's "A" file.

SIGNED AND AGREED TO this the_____ day of August, 2018.

Respectfully Submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

MAUREEN SCOTT FRANCO
FEDERAL PUBLIC DEFENDER


    /S/
IAN HANNA
Assistant U.S. Attorney
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-200

        /S/
JOHN CALHOUN
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-400