IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CAUSE NO.: EP-18-CR-0947-PRM |
| v. | § § § | |
| WILMER EDGARDO MENDEZ-EUCA, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Western District of Texas hereby dismisses with prejudice the Criminal Indictment pending against Defendant, **WILMER EDGARDO MENDEZ-EUCA.**

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
IAN MARTINEZ HANNA
Assistant U.S. Attorney
Texas Bar #24057885
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

DATE: